UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER LEE<br><br>Defendant. | Case No.<br><br>VIOLATION:<br>18 U.S.C. § 201 (Bribery)<br><br>FORFEITURE:<br>18 U.S.C. § 981(a)(1)(C);<br>28 U.SC. § 2461(c);<br>and 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about February 1, 2018, through on or about February 28, 2019, in the District of Columbia and elsewhere, the defendant, WALTER LEE, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being influenced in the performance of an official act, and induced to do an act in violation of his official duty; that is, LEE, a police officer with the District of Columbia Metropolitan Police Department, accepted in excess of $15,000.00 in payments from Person 1, in exchange for LEE providing that individual with information contained within Traffic Crash Reports, in violation of MPD General Orders and District of Columbia law.

(Bribery of a Public Official, in violation of 18 U.S.C. §§ 201(b)(2)(A) and (C)).

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

2

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

                              JESSIE K. LIU
                              United States Attorney
                              D.C. Bar No. 472845

By: _____
      David Misler
      D.C. Bar No. 991475
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      Tel. (202) 252.7164
      David.Misler@usdoj.gov